Page 1

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**  PRO SE
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

(#7)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

(1) PAUL CULLOM (PRO SE)
(Name of Plaintiff)



6410 NINTH AVE, N.E.
APT. 211 (Complete Address with zip code)
SEATTLE, WA 98115-8510

07-234
(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) THE BOEING COMPANY
(A CORPORATON
INCORPORATED IN DELAWARE)



(Names of Defendants)

☒ Jury Trial Requested



FILED
APR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:   BD Scanned  IFP

_____
_____
_____
_____
_____

①

© 2007 PAUL CULLOM. ALL RIGHTS RESERVED.

★ IN MEMORY OF MR. JUSTICE THURGOOD MARSHALL. ★

#7   PRO SE

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ☐ Yes  ☒ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ☐ Yes  ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: __THE BOEING COMPANY__

Employed as __CO-CONSPIRATOR__ at __VARIOUS PLACES__

Mailing address with zip code: __100 N. RIVERSIDE__
__CHICAGO, IL 60606-1596__

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(2)

© 2007 PAUL CULLOM.   ALL RIGHTS RESERVED.



PRO SE

### IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I BELIEVE THAT THE DEFENDANT HAS CONSPIRED AND DISCRIMINATED AGAINST ME IN VIOLATION OF MY CIVIL RIGHTS UNDER 42 USC 1983. THE FACTS ARE COMPLICATED AND EXTENSIVE.

2. DEFENDANT HAS CAUSED ME TO SUFFER MUCH EMOTIONAL PAIN AND MENTAL ANGER, OR ANGUISH. DEFENDANT IS GUILTY OF FRAUD, WASTE, AND ABUSE AS TO ME.

3. DEFENDANT HAS CONSPIRED AGAINST ME IN CONNECTION WITH A FRAUDULENT CASE FILED ON 27 FEB 2006 IN THE SUPERIOR COURT OF KING COUNTY IN SEATTLE, WASHINGTON; KNOWN AS CASE NO. 06-4-01723-1 SEA.

### V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. A JUDGMENT AGAINST THE DEFENDANT IN THE AMOUNT OF $22,000,000.00.

③

© 2007 PAUL CULLOM. ALL RIGHTS RESERVED.

(#7)   PRO SE

2.

3.



I declare under penalty of perjury that the foregoing is true and correct.

Signed this  23 rd  day of  APRIL , 2 007.

Paul Cullom   PRO SE
(Signature of Plaintiff 1)
6410 NINTH AVE. NE, APT. #211
SEATTLE, WA  98115-8510
23 APRIL 2007, MONDAY.

PAUL CULLOM,
© 2007   ALL RIGHTS RESERVED.

(4)

10.0 HOURS

8        HAMDAN *v.* RUMSFELD

THOMAS, J., dissenting



supported assertions, constitutes an unprecedented departure from the traditionally limited role of the courts with respect to war and an unwarranted intrusion on executive authority. And even if such second-guessing were appropriate, the plurality's attempt to do so is unpersuasive.

As an initial matter, the plurality relies upon the date of the AUMF's enactment to determine the beginning point for the "period of the war," Winthrop 836, thereby suggesting that petitioner's commission does not have jurisdiction to try him for offenses committed prior to the AUMF's enactment. *Ante*, at 34–36, 48. But this suggestion betrays the plurality's unfamiliarity with the realities of warfare and its willful blindness to our precedents. The starting point of the present conflict (or indeed any conflict) is not determined by congressional enactment, but rather by the initiation of hostilities. See *Prize Cases, supra,* at 668 (recognizing that war may be initiated by "invasion of a foreign nation," and that such initiation, and the President's response, usually *precedes* congressional action). Thus, Congress' enactment of the AUMF did not mark the beginning of this Nation's conflict with al Qaeda, but instead authorized the President to use force in the midst of an ongoing conflict. Moreover, while the President's "war powers" may not have been activated until the AUMF was passed, *ante*, 35, n. 31, the date of such activation has never been used to determine the scope of a military commission's jurisdiction.[3] Instead, the traditional

---

[3] Even if the formal declaration of war were generally the determinative act in ascertaining the temporal reach of the jurisdiction of a military commission, the AUMF itself is inconsistent with the plurality's suggestion that such a rule is appropriate in this case. See *ante*, at 34–36, 48. The text of the AUMF is backward looking, authorizing the use of "all necessary and appropriate force against those nations, organizations, or persons he determines planned, authorized, committed, or aided the terrorist attacks that occurred on September 11, 2001." Thus, the President's decision to try Hamdan by military commission—a use of force authorized by the AUMF—for Hamdan's



FIRST CLASS